# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

FELIPE DE JESUS ZAVALA MEDEL,
A/K/A JOHNY JOE OLIVO

No. 1:25-mj-00041

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (False Statement to the Government)

On about January 28, 2025, in the District of Maine, the defendant,

### FELIPE DE JESUS ZAVALA MEDEL,
### A/K/A JOHNY JOE OLIVO

did willfully and knowingly make a materially false, fictitious, and fraudulent statement

and representation in a matter within the jurisdiction of the U.S. Customs and Border

Protection, a federal agency within the executive branch of the Government of the United

States. Specifically, the defendant falsely represented that his name was Johny Joe Olivo

and that he was born in Texas.

All in violation of Title 18, United States Code, Section 1001(a)(2).

The complainant states that this complaint is based on the attached affidavit, which

is incorporated by reference.

_____
Daniel Flores, Officer
U.S. Customs and Border Protection

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: Jan 29 2025

City and state: Bangor, ME

_____
Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title