# Synopsis
## (Complaint)

| | |
|---|---|
| Name: | Zavala Medel, Felipe De Jesus |
| Address: (City & State Only) | Mexico |
| Year of Birth and Age: | 1960; 64 years |
| Violations: | Making False Statement, 18 U.S.C. § 1001 |
| Penalties: | Not more than 5 years imprisonment, not more than a $250,000 fine. (Class D felony) 18 U.S.C. §§ 1001, 3559(a). |
| Supervised Release: | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Not more than 3 years, less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| Defendant's Attorney: | TBD |
| Primary Investigative Agency and Case Agent Name: | U.S. Customs and Border Protection, Officer Daniel Flores |
| Detention Status: | PC arrest; motion for detention to be filed |
| Foreign National: | Yes; Mexico |
| Foreign Consular Notification Provided: | Yes |
| County: | Franklin |
| AUSA: | Alisa Ross |
| Guidelines apply? | Yes |
| Victim Case: | No |
| Corporate Victims Owed Restitution? | None |

1

|  |  |
|---|---|
| **Assessments:** | Count 1: $100.00. 18 U.S.C. § 3013(a)(2)(A) |